IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY W. PEOPLES,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC *et al.*,<br><br>Defendants. | Case No. 18-cv-2066 JPG/GCS |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 17, 2019**        **MARGARET M. ROBERTIE,   Clerk of Court**

                                 **s/Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**